Edward A. Murphy  
MURPHY LAW OFFICES, PLLC  
127 N. Higgins, Ste. 207  
Missoula, MT  59802  
Phone:  (406) 728-2671  
Facsimile:  (866) 705-2260  
Email:  rusty@murphylawoffices.net  
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

In re

RICHARD T. SHEEHAN,

Debtor.

Case No.  20-20054

NOTICE OF COMPLIANCE WITH § 521(c)

Debtor(s) hereby certify under penalty of perjury that:

1. Pursuant to § 521(a)(1)(A), the list of creditors is filed herewith.

2. Pursuant to § 521(a)(1)(B), the schedules of (i) assets and liabilities; (ii) current income and expenditures; (iii) statement of financial affairs; and (iv) the proof of delivery of the § 342(b) notice to the debtor is filed herewith.

3. Pursuant to § 521(a)(1)(B)(iv), the Debtor(s) has/have filed with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Debtor's/Debtors' petition;

4. Pursuant to § 521(a)(1)(B)(v), the Debtor(s) has/have filed with the Court Schedules I and J, showing the amount of monthly net income, itemized to show how the amount is calculated, and the Statement of Current Monthly Income and Means Test Calculation;

5. Pursuant to § 521(a)(1)(vi), the Debtor(s) state(s) that:

    ___ The Debtor(s) anticipate(s) an increase in income or expenditures over the 12-month period following the date of filing the petition. Specifically:
_____
_____

    _x_ The Debtor(s) does/do not anticipate(s) an increase in income or expenditures over the 12-month period following the date of filing the petition.

6. Pursuant to § 521(b)(1), the required credit counseling certification is filed herewith.

7. Pursuant to § 521(b)(2), the Debtor(s) state(s) that there are no debt repayment plans of the type contemplated by this statute (or, a copy of such repayment plan is filed herewith);

8. Pursuant to § 521(c), the Debtor(s) state(s) that:

    ___ The Debtor(s) has/have an interest in an account or program of the type specified in § 521(c) of the Code, with documentation thereof filed herewith.

    _x_ The Debtor(s) has/have no interest in an account or program of the type specified in § 521(c) of the Code.

DATED this 16th day of March, 2020.

I/We declare under penalty of perjury that the foregoing is true and correct.

/s/Richard T. Sheehan_____    3/16/2020_____
Signature of Debtor    Date