Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins, Ste. 207
Missoula, MT 59806
Phone: (406)728-2671
Fax: (866)705-2260
Email: rusty@murphylawoffices.net
Attorney No. 1108
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| In re: | |
|---|---|
| RICHARD T. SHEEHAN, | Case No. 20-20054 |
| Debtor. | |

**WITNESS AND EXHIBIT LIST**

Comes now the Debtor and submits the following Witness and Exhibit List with respect to the hearing scheduled for June 2, 2020.

WITNESSES

1. Richard T. Sheehan
2. Mark Sheehan

EXHIBITS

| Exhibit | Date Submitted | Date Admitted | Objection | Description |
|---|---|---|---|---|
| 1 | May 28, 2020 | | | Recorded Declaration of Homestead |

Dated this 28th day of May, 2020.

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that I served the foregoing Witness and Exhibit List on the 28th day of May, 2020, on the following persons in the manner indicated:

Corey Laird
Jane Cowley
Via ECF                                        /s/Edward A. Murphy